LAFAYETTE F. MEADOWS, *Appellant*, v. LUCILE MEADOWS NEWMAN, *Appellee.*

Opinion Filed January 24, 1922.

Where prejudice of the judge is asserted as required by the statute, though a change of venue is not authorized the judge should recuse himself in the case.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robles, Judge.

Affirmed.

*H. P. Bailey*, for Appellant;

*Sparkman & Knight*, for Appellee.

PER CURIAM.—This appeal was taken from an order denying a change of venue predicated upon the asserted prejudice of the judge.

As the statute does not authorize a change of venue on the grounds asserted, there is no error affecting the cause in the order denying the motion. On the showing made under the statute the judge should recuse himself from entertaining further proceedings in the case, leaving the parties free to apply for relief to some other judge who may act judicially in the case.

Affirmed.

All concur.